1  DEAN M. GLOSTER, State Bar No. 109313
   MARK D. PETERSEN, State Bar No. 111956
2  KELLY A. WOODRUFF, State Bar No. 160235
   FARELLA BRAUN + MARTEL, LLP
3  235 Montgomery Street, 17th Floor
   San Francisco, CA 94014
4  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
5  dgloster@fbm.com
   mpetersen@fbm.com
6  kwoodruff@fbm.com

7  Counsel for Defendants Scott Salyer, individually and as
   Trustee of the Scott Salyer Revocable Trust, SKPM
8  Corp., SK Foods, LLC, SKF Canning, LLC, Blackstone
   Ranch Corporation, Monterey Peninsula Farms, CSSS,
9  LP, SKF Aviation, LLC, Salyer Management Company,
   LLC, SK Farms Services, LLC, SK Frozen Foods, LLC,
10 SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC,
   SSC Farms II, LLC and SSC Farms III, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>　　　　Debtors.<br><br>BRADLEY SHARP, Chapter 11 Trustee,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRED SAYLER IRREVOCABLE TRUST, *et al.*,<br><br>　　　　Defendants.<br><br>*[Caption continued on next pages]* | Civ. No. S-11-1839 LKK<br><br>Bankruptcy Adv. Proc. No. 10-02017 |

-1-

Substitution of Counsel and Order Thereon
27019\2757743.1

| | |
|---|---|
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>    Debtors.<br><br>BRADLEY SHARP, Chapter 11 Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>SKF AVIATION, LLC, *et al*.,<br><br>    Defendants. | Civ. No. S-11-1840 LKK<br><br>Bankruptcy Adv. Proc. No. 10-02016 |
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>    Debtors.<br><br>BRADLEY SHARP, Chapter 11 Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT SALYER, as trustee of the Scott Salyer Revocable Trust, *et al*.,<br><br>    Defendants. | Civ. No. S-11-1841 LKK<br><br>Bankruptcy Adv. Proc. No. 10-02014 |
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>    Debtors.<br><br>BRADLEY SHARP, Chapter 11 Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>SSC FARMS 1, LLC, *et al*., <br><br>    Defendants. | Civ. No. S-11-1842 LKK<br><br>Bankruptcy Adv. Proc. No. 09-02692 |

Substitution of Counsel and Order Thereon
27019\2757743.1

| | |
|---|---|
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>　　　　　　　Debtors.<br><br>BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,<br><br>　　　　　　　Appellant,<br><br>v.<br><br>SCOTT SALYER, *et al.*,<br><br>　　　　　　　Appellees. | Civ. No. S-11-1845 LKK<br><br>Bankruptcy Adv. Proc. No. 10-02015 |
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>　　　　　　　Debtors.<br><br>BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,<br><br>　　　　　　　Appellant,<br><br>v.<br><br>CSSS, L.P.,<br><br>　　　　　　　Appellee. | Civ. No. S-11-1847 LKK<br><br>Bankruptcy Adv. Proc. No. 09-02543 |

| | |
|---|---|
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>　　　　　Debtors.<br><br>BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,<br><br>　　　　　Appellant,<br><br>v.<br><br>CALIFORNIA FRANCHISE TAX BOARD, *et al.*,<br><br>　　　　　Appellees. | Civ. No. S-11-1849 LKK<br><br>Bankruptcy Adv. Proc. No. 11-02339 |
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>　　　　　Debtors.<br><br>BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,<br><br>　　　　　Appellant,<br><br>v.<br><br>CALIFORNIA FRANCHISE TAX BOARD, *et al.*,<br><br>　　　　　Appellees. | Civ. No. S-11-1850 LKK<br><br>Bankruptcy Adv. Proc. No. 11-02339 |

Substitution of Counsel and Order Thereon
27019\2757743.1

| | |
|---|---|
| In re:<br><br>SK Foods, L.P.,  a California limited partnership, *et al.*,<br><br>            Debtors.<br><br>BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,<br><br>            Appellant,<br><br>v.<br><br>CARY SCOTT COLLINS, *et al.*,<br><br>            Appellees. | Civ. No. S-11-1853 LKK<br><br><br>Bankruptcy Adv. Proc. No.  11-02340 |
| In re:<br><br>SK Foods, L.P.,  a California limited partnership, *et al.*,<br><br>            Debtors.<br><br>BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,<br><br>            Appellant,<br><br>v.<br><br>CARY SCOTT COLLINS, *et al.*,<br><br>            Appellees. | Civ. No. S-11-1855 LKK<br><br><br>Bankruptcy Adv. Proc. No.  11-02340 |

**SUBSTITUTION OF COUNSEL AND ORDER THEREON**

Pursuant to Eastern District Local Rule 182(g), Scott Salyer, in his individual capacity and as trustee of the Scott Salyer Revocable Trust, substitute Farella Braun + Martel, LLP as their attorney of record, in place of Felderstein Fitzgerald Willoughby & Pascuzzi LLP and Segal &

Kirby in the above-captioned matter.

Pursuant to Eastern District Local Rule 182(g), Defendants SKPM Corp., SK Foods, LLC, SKF Canning, LLC, Blackstone Ranch Corporation, Monterey Peninsula Farms, CSSS, LP, SKF Aviation, LLC, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods, LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC, SSC Farms II, LLC and SSC Farms III, LLC hereby substitute Farella Braun + Martel, LLP as their attorney of record, in place of Nageley Meredith & Miller, Inc. in the above-captioned matter.

Dated: September 9, 2011

                                 _/s/ Scott Salyer_
                                 SCOTT SALYER

Dated: September 9, 2011          SCOTT SALYER REVOCABLE TRUST

                               By: _/s/ Scott Salyer_
                                      SCOTT SALYER, TRUSTEE

Dated: September 9, 2011          SK PM CORP., SK FOODS, LLC, SKF CANNING, LLC, SKF AVIATION, LLC and BLACKSTONE RANCH CORPORATION

                               By: _/s/ Scott Salyer_
                                   SCOTT SALYER

Dated: September 9, 2011          MONTEREY PENINSULA FARMS, SK FROZEN FOODS, LLC, CSSS, LP, SALYER MANAGEMENT COMPANY, LLC, SK FARMS SERVICES, LLC, SS FARMS, LLC, SSC FARMING, LLC, SSC FARMS I, LLC, SSC FARMS II, LLC and SSC FARMS III, LLC

                               By: _/s/ Robert Pruett_
                                   ROBERT PRUETT, MANAGER

The above substitution is hereby accepted.

Dated:  September 9, 2011	FELDERSTEIN FITZGERALD
	WILLOUGHBY & PASCUZZI LLP


	By: */s/ Paul J. Pascuzzi*
	PAUL J. PASCUZZI


Dated: September 9, 2011	SEGAL & KIRBY


	By: */s/ Malcom S. Segal*
	MALCOM S. SEGAL


Dated: September 9, 2011	NAGELEY MEREDITH & MILLER, INC.


	By: */s/ Andrea M. Miller*
	ANDREA M. MILLER


Farella Braun + Martel LLP hereby consents to the above substitution.

Dated: September 9, 2011	FARELLA BRAUN & MARTEL LLP


	By: */s/ Kelly A. Woodruff*
	KELLY A. WOODRUFF

IT IS SO ORDERED.

Dated:  September 16, 2011


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT