1

2

3
                    UNITED STATES DISTRICT COURT
4
                   EASTERN DISTRICT OF CALIFORNIA
5

6  In re:

7  SK FOODS, L.P., a California
   limited partnership, et al.,
8
              Debtors.
9
   BRADLEY D. SHARP, Chapter 11
10 Trustee,

11            Appellant,

12                  v.                    CIV. NO. S-11-1839 LKK

13 FRED SALYER IRREVOCABLE
   TRUST,
14
              Appellee.
15 _____/

16 In re:

17 SK FOODS, L.P., a California
   limited partnership, et al.,
18
              Debtors.
19
   BRADLEY D. SHARP, Chapter 11
20 Trustee,

21            Appellant,

22                  v.                    CIV. NO. S-11-1840 LKK

23 SKF AVIATION, LLC, et al.,

24            Appellees.
   _____/
25 In re:

26

1   SK FOODS, L.P., a California
    limited partnership, et al.,

2

            Debtors.
3
    BRADLEY D. SHARP, Chapter 11
4   Trustee,

5           Appellant,

6              v.                        CIV. NO. S-11-1841 LKK

7   SCOTT SALYER, as trustee of
    the Scott Salyer Revocable
8   Trust, et al.,

9           Appellees.
    _____/

10  In re:

11  SK FOODS, L.P., a California
    limited partnership, et al.,

12
            Debtors.
13
    BRADLEY D. SHARP, Chapter 11
14  Trustee,

15          Appellant,

16             v.                        CIV. NO. S-11-1842 LKK

17  SSC FARMS 1, LLC, et al.,

18          Appellees.
    _____/

19  In re:

20  SK FOODS, L.P., a California
    limited partnership, et al.,

21
            Debtors.
22
    BANK OF MONTREAL, as
23  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
24  L.P. and RHM Industrial
    Specialty Foods, Inc, a
25  California corporation, d/b/a
    Colusa County Canning Co.,

26

                              2

1              Appellant,

2                   v.                        CIV. NO. S-11-1845 LKK

3    SCOTT SALYER, et al.,

4              Appellees.
     _____/

5    In re:

6    SK FOODS, L.P., a California
     limited partnership, et al.,
7
              Debtors.
8
     BANK OF MONTREAL, as
9    Administrative Agent, successor
     by Assignment to Debtors SK Foods,
10   L.P. and RHM Industrial
     Specialty Foods, Inc, a
11   California corporation, d/b/a
     Colusa County Canning Co.,
12
              Appellant,
13
                   v.                        CIV. NO. S-11-1846 LKK
14
     INTERNAL REVENUE SERVICE, et al.,
15
              Appellees.
16   _____/
     In re:
17
     SK FOODS, L.P., a California
18   limited partnership, et al.,

19            Debtors.

20   BANK OF MONTREAL, as
     Administrative Agent, successor
21   by Assignment to Debtors SK Foods,
     L.P. and RHM Industrial
22   Specialty Foods, Inc, a
     California corporation, d/b/a
23   Colusa County Canning Co.,        CIV. NO. S-11-1847 LKK

24            Appellant,

25                 v.

26   CSSS, L.P.,

                              3

Appellee.
_____/

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor
by Assignment to Debtors SK Foods,
L.P. and RHM Industrial
Specialty Foods, Inc, a
California corporation, d/b/a
Colusa County Canning Co.,                    CIV. NO. S-11-1849 LKK

Appellant,

v.

CALIFORNIA FRANCHISE TAX
BOARD, et al.,

Appellees.
_____/

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor
by Assignment to Debtors SK Foods,
L.P. and RHM Industrial
Specialty Foods, Inc, a
California corporation, d/b/a
Colusa County Canning Co.,                    CIV. NO. S-11-1850 LKK

Appellant,

v.

CALIFORNIA FRANCHISE TAX
BOARD, et al.,

Appellees.
_____/

4

1    In re:

2    SK FOODS, L.P., a California
     limited partnership, et al.,

3
              Debtors.

4
     BANK OF MONTREAL, as
5    Administrative Agent, successor
     by Assignment to Debtors SK Foods,
6    L.P. and RHM Industrial
     Specialty Foods, Inc, a
7    California corporation, d/b/a
     Colusa County Canning Co.,                    CIV. NO. S-11-1853 LKK

8
              Appellant,

9
                   v.

10
     CARY SCOTT COLLINS, et al.,

11
              Appellees.

12   _____/

13   In re:

14   SK FOODS, L.P., a California
     limited partnership, et al.,

15
              Debtors.

16
     BANK OF MONTREAL, as
17   Administrative Agent, successor
     by Assignment to Debtors SK Foods,
18   L.P. and RHM Industrial
     Specialty Foods, Inc, a
19   California corporation, d/b/a
     Colusa County Canning Co.,                    CIV. NO. S-11-1855 LKK

20
              Appellant,

21
                   v.

22                                                  O R D E R
     CARY SCOTT COLLINS, et al.,

23
              Appellees.

24   _____/

25   ////

26   ////

                                  5

1    The court is in receipt of a letter from counsel for
2  appellees, Farella Braun + Martel LLP, stating that it does not
3  seek to withdraw as counsel from this appeal.  Accordingly, the
4  Trustee's appeal shall be heard on June 4, 2012 at 10:00 a.m. in
5  this court.
6       IT IS SO ORDERED.
7       DATED:  May 8, 2012.

8
9
10   _____
     LAWRENCE K. KARLTON
11   SENIOR JUDGE
     UNITED STATES DISTRICT COURT
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26