1

2

3

4

5

6

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

In re:
10
SK FOODS, L.P., a California
11 limited partnership,

12              Debtors.
   _____/
13 BRADLEY D. SHARP, et al.,

14              Plaintiffs,

15              v.                    CIV. NO. S-11-1839 LKK

16 FRED SALYER IRREVOCABLE
   TRUST, et al.,
17
               Defendants.
18 _____/
   In re:
19
SK FOODS, L.P., a California
20 limited partnership,

21              Debtors.
   _____/
22
BRADLEY D. SHARP, et al.,
23
               Plaintiffs,
24
               v.                    CIV. NO. S-11-1840 LKK
25
SKF AVIATION, LLC, et al.,
26
               Defendants.
   _____/

In re:

SK FOODS, L.P., a California
limited partnership,

        Debtors.
_____/

BRADLEY D. SHARP, et al.,

        Plaintiffs,

        v.                           CIV. NO. S-11-1841 LKK

SCOTT SALYER, as trustee of
the Scott Salyer Revocable
Trust, et al.,

        Defendants.
_____/

In re:

SK FOODS, L.P., a California
limited partnership,

        Debtors.
_____/

BRADLEY D. SHARP, et al.,

        Plaintiffs,

        v.                           CIV. NO. S-11-1842 LKK

SSC FARMS 1, LLC, et al.,

        Defendants.
_____/

In re:

SK FOODS, L.P., a California
limited partnership,

        Debtors.
_____/

BANK OF MONTREAL, as
Administrative Agent, successor
by Assignment to Debtors SK Foods,
L.P. and RHM Industrial
Specialty Foods, Inc, a
California corporation, d/b/a
Colusa County Canning Co.,

2

1              Appellant,

2                    v.                    CIV. NO. S-11-1845 LKK

3  SCOTT SALYER, et al.,

4              Appellees.
   _____/

5  In re:

6  SK FOODS, L.P., a California
   limited partnership,

7
              Debtors.

8  _____/

   BANK OF MONTREAL, as
9  Administrative Agent, successor
   by Assignment to Debtors SK Foods,
10 L.P. and RHM Industrial
   Specialty Foods, Inc, a
11 California corporation, d/b/a
   Colusa County Canning Co.,

12
              Appellant,
13
                    v.                    CIV. NO. S-11-1846 LKK
14
   INTERNAL REVENUE SERVICE, et al.,
15
              Appellees.
16 _____/

   In re:
17
   SK FOODS, L.P., a California
18 limited partnership, et al.,

19            Debtors.

20 BANK OF MONTREAL, as
   Administrative Agent, successor
21 by Assignment to Debtors SK Foods,
   L.P. and RHM Industrial
22 Specialty Foods, Inc, a
   California corporation, d/b/a
23 Colusa County Canning Co.,          CIV. NO. S-11-1847 LKK

24            Appellant,

25                  v.

26 CSSS, L.P.,

                          3

```
 1              Appellee.
   _____/
 2   In re:

 3   SK FOODS, L.P., a California
     limited partnership, et al.,
 4
                 Debtors.
 5
     BANK OF MONTREAL, as
 6   Administrative Agent, successor
     by Assignment to Debtors SK Foods,
 7   L.P. and RHM Industrial
     Specialty Foods, Inc, a
 8   California corporation, d/b/a
     Colusa County Canning Co.,          CIV. NO. S-11-1849 LKK
 9
                 Appellant,
10
                     v.
11
     CALIFORNIA FRANCHISE TAX
12   BOARD, et al.,

13              Appellees.
   _____/
14   In re:

15   SK FOODS, L.P., a California
     limited partnership, et al.,
16
                 Debtors.
17
     BANK OF MONTREAL, as
18   Administrative Agent, successor
     by Assignment to Debtors SK Foods,
19   L.P. and RHM Industrial
     Specialty Foods, Inc, a
20   California corporation, d/b/a
     Colusa County Canning Co.,          CIV. NO. S-11-1850 LKK
21
                 Appellant,
22
                     v.
23
     CALIFORNIA FRANCHISE TAX
24   BOARD, et al.,

25              Appellees.
   _____/
26
```

4

1  In re:

2  SK FOODS, L.P., a California
   limited partnership, et al.,

3
            Debtors.
4
   BANK OF MONTREAL, as
5  Administrative Agent, successor
   by Assignment to Debtors SK Foods,
6  L.P. and RHM Industrial
   Specialty Foods, Inc, a
7  California corporation, d/b/a
   Colusa County Canning Co.,            CIV. NO. S-11-1853 LKK

8
            Appellant,
9
                 v.
10
   CARY SCOTT COLLINS, et al.,
11
            Appellees.
12 _____/
   In re:
13
   SK FOODS, L.P., a California
14 limited partnership, et al.,

15          Debtors.

16 BANK OF MONTREAL, as
   Administrative Agent, successor
17 by Assignment to Debtors SK Foods,
   L.P. and RHM Industrial
18 Specialty Foods, Inc, a
   California corporation, d/b/a
19 Colusa County Canning Co.,            CIV. NO. S-11-1855 LKK

20          Appellant,

21               v.

22 CARY SCOTT COLLINS, et al.,

23          Appellees.
   _____/
24

25 ////

26 ////

                            5

IN RE:

SK FOOD, L.P.,

       Debtor.

BRADLEY D. SHARP, Chapter 11
Trustee,

       Plaintiff,           CIV NO. S-12-775 LKK

         v.

SSC FARMS 1, LLC, et al.,

       Defendants.
_____/
IN RE:

SK FOODS, L.P.,

       Debtor.

SCOTT SALYER, et al.,       CIV. NO. S-11-2987 LKK

       Appellants,

         v.

SK FOODS, L.P., et al.,

       Appellees.
_____/
IN RE:

SK FOODS, L.P., a California
limited partnership,

       Debtor.

CARY COLLINS and COLLINS &
ASSOCIATES,

       Appellants,        CIV. NO. S-12-0655 LKK

         v.

BRADLEY D. SHARP, Chapter 11
Trustee,

       Appellee.
_____/

6

IN RE:

SK FOODS, L.P., a California
limited partnership, et al.,

        Debtors.

SSC FARMS 1, LLC, et al.,

        Appellants,            CIV. NO. S-12-0894 LKK

         v.

BRADLEY SHARP, et al.,         O R D E R

        Appellees.
_____/

    The court hereby orders as follows:

    1.   The following motions, currently scheduled for May 21, 2012, are hereby **RE-SCHEDULED** for June 4, 2012 at 10:00 a.m. in Courtroom 4:

        Civ. No. 2:12-894[1]
        Civ. No. 2:11-2987[2]

The May 21, 2012 hearing date is hereby **VACATED**.

    2.   The following matters will also be heard on June 4, 2012 (as currently scheduled):[3]

        Civ. No. 2:11-1839
        Civ. No. 2:11-1840
        Civ. No. 2:11-1841
        Civ. No. 2:11-1842
        Civ. No. 2:11-1845

_____

   [1] Motions by SSC Farming relating to Order Compelling Production from Collins and Collins & Associates; Farella Braun + Martel LLP's motion to withdraw as counsel.

   [2] Trustee's appeal of order approving compromise; Farella Braun + Martel LLP's motion to withdraw as counsel.

   [3] Trustee's appeals of orders staying proceedings, and motions to strike.

1                   Civ. No. 2:11-1846
                  Civ. No. 2:11-1847

2                   Civ. No. 2:11-1849
                  Civ. No. 2:11-1850

3                   Civ. No. 2:11-1853
                  Civ. No. 2:11-1855

4

5       3.    The following motion will also be heard on June 4, 2012

6 (as currently scheduled):

7       Civ. No. 2:12-775[4]

8       IT IS SO ORDERED.

9       DATED:  May 15, 2012.

10

11

12                                                                 

13       LAWRENCE K. KARLTON
      SENIOR JUDGE

14       UNITED STATES DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26       [4] Motions by Collins and Collins and Associates, relating to
Order Compelling Production from Collins and Collins & Associates.